# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDGAR ARELLANO,<br><br>Petitioner,<br><br>v.<br><br>W.J. SULLIVAN,<br><br>Respondent. | Case No. CV 20-03115-DMG (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. # 13] is GRANTED and that Judgment be entered dismissing this action without prejudice to Petitioner filing a new federal habeas petition when all state court proceedings are concluded.

DATED: March 29, 2021

_____
DOLLY M. GEE
United States District Judge