# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDGAR ARELLANO,<br><br>Petitioner,<br><br>v.<br><br>W.J. SULLIVAN,<br><br>Respondent. | Case No. CV 20-03115-DMG (DFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice to Petitioner filing a new federal habeas petition when all state court proceedings are concluded.

DATED: March 29, 2021

_____
DOLLY M. GEE
United States District Judge